# Exhibit A

| Defendant/Seller Alias | Email Address |
|---|---|
| Comfortable home slippers | 1032839780@qq.com |
| B nice shoe | 1063458475@qq.com |
| litshoes | 1308465115@qq.com |
| crazy shoes LH | 13375818593@163.com |
| lijianl | 13530133965@139.com |
| Colorful Xus Boutique | 1360035951@qq.com |
| CBYY | 13600847013@163.com |
| hykzykxy | 13725686337@139.com |
| lxiaoyong | 13827800995@139.com |
| bulin slipper | 1460993067@qq.com |
| FashionBeautiful Life | 1521643560@qq.com |
| DUU Home Furnishing | 15606797880@163.com |
| KLKIT | 15815537162@163.com |
| Footwear Shop | 1585037694@qq.com |
| Jinyu Men Slippers | 1585037694@qq.com |
| GlamourSlippers | 15960147947@163.com |
| Freefoot Shoe | 16626709873@163.com |
| Coki | 17750601725@163.com |
| kuangzhil | 18024871520@139.com |
| AuraStride | 18119699870@163.com |
| bei duo | 18138982924@163.com |
| cai AA local | 18148749721@163.com |
| GANG YUE | 18350810316@163.com |
| A GlobeGem | 19139137107@163.com |
| LABADR | 19195589572@163.com |
| ApexEagle | 19539630704@163.com |
| Magic Flower | 20853204@qq.com |
| Mi Ju | 2170157767@qq.com |
| D S Ninetyninth Shop | 2510814210@qq.com |
| A Love yourself | 2515215066@qq.com |
| ERDAYE | 313336683@qq.com |
| Binggo fashion shoes | 314945593@qq.com |
| Home Cot Slippers a | 3167960969@qq.com |
| LYYShoes | 3364499043@qq.com |
| HAOHSHOP | 339610196@qq.com |
| guGood shopping in the province | 3532889625@qq.com |
| like wateras water | 3812141453@qq.com |
| a Simple girl | 3965267344@qq.com |
| Huimo Slippers | 410713647@qq.com |
| DongQiaO | 45901904@qq.com |
| ChicNestBox | 494669581@qq.com |
| GH Ltd | 527354403@qq.com |

| | |
|---|---|
| GibaCat | 550008518@qq.com |
| Geryt | 572709386@qq.com |
| A clever rabbit | 649193831@qq.com |
| Han Te-US Trading Ltd. | 675375524@qq.com |
| Juan show shoes clothing | 710593427@qq.com |
| Little Free Bird | 724374041@qq.com |
| Li Dong Dong s best picks | 75260989@qq.com |
| chaopinkejiL | 85406530@qq.com |
| Butterflys love | 891550617@QQ.COM |
| MEISILING | 906411445@qq.com |
| M F Home textiles | 94490684@qq.com |
| Fashion Supplier | 990732158@qq.com |
| CLOUSPO Direct | clouspous@163.com |
| Bifang Home Living | cysm2024888@163.com |
| DFEff | df8oe871118@126.com |
| Djianx | djianx1988@163.com |
| Hot Hot Shoe Shop | dqwdqwdsqwdq@163.com |
| Briht | ftf57982707@163.com |
| abenbenzhu | imissyou010101@qq.com |
| Men Trend Slippers | Jackiesumaitong@163.com |
| Fashion Kitty | jej929dscm@163.com |
| ITAJIA | mike@fjjy2000.com |
| Comwarm | qingleiamazon@sina.com |
| HKTWOJS | XGJS011@163.com |
| HKTREKA | XGKX011@163.com |
| Cydmoty | younggajia@outlook.com |
| Gtlive | yy202312130933@163.com |
| BanQu Slippers | zengbolin1234@outlook.com |
| Earnesthope | zhuyingbao78@yeah.net |