| | | |
|---|---|---|
| Deckers Outdoor Corporation, | ) ) ) ) ) ) ) | Case Number: 26-cv-540 |
| Plaintiff, | ) ) | Honorable Matthew F. Kennelly |
| v. | ) ) ) | |
| The Partnerships and Unincorporated Associations Identified on Schedule A, | | |
| Defendants. | | |

**(UNKNOWN IF OPPOSED) FIRST MOTION OF DEFENDANT
FOR EXTENSION OF TIME TO ANSWER OR PLEAD**

NOW COMES the Defendant No. 10 ITAJIA (A1DB36AIYYTMQL), ("Defendant"), through

counsel, and respectfully requests this Court extend the time by 21 days to respond to the

Complaint. In support:

1.     This is the first extension motion filed by the Defendant.

2.     The undersigned was retained this morning and has sought settlement negotiations

with the Plaintiff.

3.     The Defendant needs additional time to try and reach an agreement, or if not,

respond to Plaintiff's Complaint.

4. This Court may, for good cause, extend the time by which Defendant's response is due if a request is made, before the original time or its extension expires. Fed. R. Civ. P. 6(b)(1)(A).

5. The Defendant requests this Court extend the date 21 days from the date of this filing on which Defendant must respond to Plaintiff's Complaint, if ultimately necessary, to April 14, 2026.

6. The undersigned contacted the Plaintiff this morning regarding this Motion, but has not received a reply, as of this filing.

WHEREFORE, for the foregoing reasons, Defendant 10 ITAJIA (A1DB36AIYYTMQL) respectfully requests this Honorable Court enter an Order: Extending the date on which its response to Plaintiff's Complaint is due 21 days to April 14, 2026.

March 24, 2026                    Respectfully submitted,


                                 s/ Christopher Keleher

                                 Christopher Keleher
                                 The Keleher Appellate Law Group, LLC
                                 1 East Erie St., Suite 525
                                 Chicago, IL 60611
                                 312-448-8491
                                 ckeleher@appellatelawgroup.com

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies on March 24, 2026 that a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and served on all counsel of record.

Respectfully submitted,

s/ Christopher Keleher

Christopher Keleher
The Keleher Appellate Law Group, LLC
1 East Erie St., Suite 525
Chicago, IL 60611
312-448-8491
ckeleher@appellatelawgroup.com