| | | |
|---|---|---|
| DECKERS OUTDOOR CORPORATION, | ) ) ) | Case No. 26-cv-00540 |
| | ) | Judge Matthew Kennelly |
| Plaintiff, | ) | |
| v. | ) | Magistrate Judge Daniel P. McLaughlin |
| | ) | |
| bei duo, et al. | ) | |
| Defendants. | ) ) | |

## MOTION TO SET BRIEFING SCHEDULE ON
## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT

Defendants bei duo and Comwarm hereby move to set a briefing schedule on Plaintiff's

motion for entry of default (Dkt. 18), filed March 23, 2026. In support of their motion, they state

as follows:

1.      Today, counsel appeared on behalf of defendants bei duo and Comwarm. This

Court previously set this Case for telephonic status on March 30, 2026 (Dkt. 12).

2.      The Court has not set, nor did Plaintiff request a briefing schedule for its motion

for entry of default (Dkt. 18).

3.      Defendants bei duo and Comwarm intend to oppose the request for default on

numerous grounds including:

- Lack of personal jurisdiction because of improper service of process (failure to adhere to the requirements of the Hague Convention);
- No protectable rights in the claimed trade dress due to genericness;
- No protectable rights in the claimed trade dress due to lack of secondary meaning;
- No protectable rights in the claimed trade dress due to functionality defenses.

4. Counsel for bei duo and Comwarm has just recently been retained and requests until April 2, 2026, to file its opposition to Deckers' motion.

Respectfully submitted,

*/s/ Michael La Porte*

**Michael R. La Porte**
Dunlap Bennett & Ludwig, PLLC
333 N. Michigan Avenue, Suite 2700
Chicago, IL 60601
Telephone: (312) 551-9500
mlaporte@dbllawyers.com

Counsel for bei duo and Comwarm

Dated: March 26, 2026