IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DECKERS OUTDOOR
CORPORATION,

                    Plaintiff,

        v.

bei duo, et *al.*

                Defendants.

Case No. 26-cv-00540

Judge Matthew Kennelly

Magistrate Judge Daniel P. McLaughlin

**MOTION TO VACATE DEFAULT JUDGMENT, DISMISS WITH PREJUDICE, AND FOR SANCTIONS, OR IN THE ALTERNATIVE FOR LEAVE TO ANSWER OR OTHERWISE PLEAD, AND FOR LEAVE TO FILE A BRIEF IN EXCESS OF 15 PAGES IN SUPPORT THEREOF.**

Defendant Comwarm hereby moves this Court to vacate its Default Judgment Order (Dkt. 25), to dismiss this action with prejudice in favor of Comwarm, and to sanction Deckers and its attorneys at Greer Burns & Crain for vexatious, misleading, and unethical litigation conduct. In support of its motion it states as follows:

1.      Defendant Comwarm files contemporaneously with this motion its proposed brief in support of it. This motion incorporates by reference the grounds and arguments set forth therein.

2.      Comwarm also seeks leave to file an oversized brief on the grounds that the complexity of the defenses advanced and the number of valid grounds for *vacatur* could not adequately be addressed within the fifteen-page limit. Additionally, the motion sets forth a more complicated than usual set of background facts which provides the basis not only for one of the grounds for vacatur, but also is the basis for Comwarm's request for sanctions.

Therefore, for the reasons stated in the attached and contemporaneously-filed brief, Comwarm respectfully requests that this Court:

1. Grant Comwarm leave to file an oversized brief in support of its motion;

2. Vacate the default judgment and dismiss the Complaint with prejudice, or in the alternative vacate and give Comwarm leave to respond or otherwise plead; and

3. Sanction Deckers and its counsel as set forth in the accompanying brief.

Dated: March 31, 2026

Respectfully submitted,

*/s/ Michael La Porte*

**Michael R. La Porte**
**William W. Flachsbart**
Dunlap Bennett & Ludwig, PLLC
333 N. Michigan Avenue, Suite 2700
Chicago, IL 60601
Telephone: (312) 551-9500
mlaporte@dbllawyers.com
wflachsbart@dbllawyers.com

*Counsel for Comwarm*

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record who have filed an appearance in this matter. The remaining parties I have served via electronic mail at the addresses listed below.

| Defendant/Seller Alias | Email Address |
|---|---|
| Comfortable home slippers | 1032839780@qq.com |
| B nice shoe | 1063458475@qq.com |
| litshoes | 1308465115@qq.com |
| crazy shoes LH | 13375818593@163.com |
| lijianl | 13530133965@139.com |
| Colorful Xus Boutique | 1360035951@qq.com |
| CBYY | 13600847013@163.com |
| hykzykxy | 13725686337@139.com |
| lxiaoyong | 13827800995@139.com |
| ███ | ███ |
| ███ | ███ |
| DUU Home Furnishing | 15606797880@163.com |
| KLKIT | 15815537162@163.com |
| Footwear Shop | 1585037694@qq.com |
| Jinyu Men Slippers | 1585037694@qq.com |
| GlamourSlippers | 15960147947@163.com |
| Freefoot Shoe | 16626709873@163.com |
| Coki | 17750601725@163.com |
| kuangzhil | 18024871520@139.com |
| AuraStride | 18119699870@163.com |
| bei duo | 18138982924@163.com |
| cai AA local | 18148749721@163.com |
| GANG YUE | 18350810316@163.com |
| A GlobeGem | 19139137107@163.com |
| LABADR | 19195589572@163.com |
| ApexEagle | 19539630704@163.com |
| Magic Flower | 20853204@qq.com |
| Mi Ju | 2170157767@qq.com |
| D S Ninetyninth Shop | 2510814210@qq.com |
| A Love yourself | 2515215066@qq.com |
| ERDAYE | 313336683@qq.com |
| Binggo fashion shoes | 314945593@qq.com |
| Home Cot Slippers a | 3167960969@qq.com |
| LYYShoes | 3364499043@qq.com |
| HAOHSHOP | 339610196@qq.com |
| guGood shopping in the province | 3532889625@qq.com |
| ███ | ███ |
| a Simple girl | 3965267344@qq.com |
| Huimo Slippers | 410713647@qq.com |
| DongQiaO | 45901904@qq.com |
| ChicNestBox | 494669581@qq.com |
| GH Ltd | 527354403@qq.com |

3

| | |
|---|---|
| GibaCat | 550008518@qq.com |
| Geryt | 572709386@qq.com |
| A clever rabbit | 649193831@qq.com |
| Han Te-US Trading Ltd. | 675375524@qq.com |
| Juan show shoes clothing | 710593427@qq.com |
| ███████ | ███████ |
| Li Dong Dong s best picks | 75260989@qq.com |
| chaopinkejiL | 85406530@qq.com |
| Butterflys love | 891550617@QQ.COM |
| MEISILING | 906411445@qq.com |
| M F Home textiles | 94490684@qq.com |
| Fashion Supplier | 990732158@qq.com |
| CLOUSPO Direct | clouspous@163.com |
| Bifang Home Living | cysm2024888@163.com |
| DFEff | df8oe871118@126.com |
| Djianx | djianx1988@163.com |
| Hot Hot Shoe Shop | dqwdqwdsqwdq@163.com |
| Briht | ftf57982707@163.com |
| abenbenzhu | imissyou010101@qq.com |
| Men Trend Slippers | Jackiesumaitong@163.com |
| Fashion Kitty | jej929dscm@163.com |
| ███████ | ███████ |
| ███████ | ███████ |
| HKTWOJS | XGJS011@163.com |
| HKTREKA | XGKX011@163.com |
| Cydmoty | younggajia@outlook.com |
| Gtlive | yy202312130933@163.com |
| BanQu Slippers | zengbolin1234@outlook.com |
| Earnesthope | zhuyingbao78@yeah.net |

*/s/ Michael R. La Porte*

Michael R. La Porte