IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DECKERS OUTDOOR
CORPORATION,

Plaintiff,

v.

bei duo, et *al.*

Defendants.

Case No. 26-cv-00540

Judge Matthew Kennelly

Magistrate Judge Daniel P. McLaughlin

## AMENDED MOTION TO VACATE DEFAULT JUDGMENT

Defendant Comwarm hereby moves this Court to vacate its Default Judgment Order (Dkt. 25). In support of its motion it states as follows:

1. Defendant Comwarm files contemporaneously with this motion its supporting brief. This motion incorporates the brief by reference.

2. By this amendment, Comwarm still seeks to vacate the default judgment as it did in its original motion (Dkt 31) and supporting brief (Dkt 32), but on grounds more narrow than originally-requested.

3. As the amendment only removes grounds from the motion and accompanying brief and does not add any new grounds, Comwarm requests that the Court also adhere to the briefing schedule previously-set (Dkt 37).

4. Plaintiff Deckers continues to oppose the motion to vacate but the Parties agree to this motion's request to adhere to the previously-set briefing schedule.

Therefore, for the reasons stated in the contemporaneously-filed brief, Comwarm

respectfully requests that this Court vacate the default judgment.

Dated: April 16, 2026

Respectfully submitted,

*/s/ Michael La Porte*

**Michael R. La Porte**
Dunlap Bennett & Ludwig, PLLC
333 N. Michigan Avenue, Suite 2700
Chicago, IL 60601
Telephone: (312) 551-9500
mlaporte@dbllawyers.com

*Counsel for Comwarm*

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record who have filed an appearance in this matter.
The remaining parties I have served via electronic mail at the addresses listed below.

| Defendant/Seller Alias | Email Address |
| --- | --- |
| Comfortable home slippers | 1032839780@qq.com |
| B nice shoe | 1063458475@qq.com |
| litshoes | 1308465115@qq.com |
| crazy shoes LH | 13375818593@163.com |
| lijianl | 13530133965@139.com |
| Colorful Xus Boutique | 1360035951@qq.com |
| CBYY | 13600847013@163.com |
| hykzykxy | 13725686337@139.com |
| lxiaoyong | 13827800995@139.com |
| ███████ | ████████ |
| ███████ | ████████ |
| DUU Home Furnishing | 15606797880@163.com |
| KLKIT | 15815537162@163.com |
| Footwear Shop | 1585037694@qq.com |
| Jinyu Men Slippers | 1585037694@qq.com |
| GlamourSlippers | 15960147947@163.com |
| Freefoot Shoe | 16626709873@163.com |
| Coki | 17750601725@163.com |
| kuangzhil | 18024871520@139.com |
| AuraStride | 18119699870@163.com |
| bei duo | 18138982924@163.com |
| cai AA local | 18148749721@163.com |
| GANG YUE | 18350810316@163.com |
| A GlobeGem | 19139137107@163.com |
| LABADR | 19195589572@163.com |
| ApexEagle | 19539630704@163.com |
| Magic Flower | 20853204@qq.com |
| Mi Ju | 2170157767@qq.com |
| D S Ninetyninth Shop | 2510814210@qq.com |
| A Love yourself | 2515215066@qq.com |
| ERDAYE | 313336683@qq.com |
| Binggo fashion shoes | 314945593@qq.com |
| Home Cot Slippers a | 3167960969@qq.com |
| LYYShoes | 3364499043@qq.com |
| HAOHSHOP | 339610196@qq.com |
| guGood shopping in the province | 3532889625@qq.com |
| ███████ | ████████ |
| a Simple girl | 3965267344@qq.com |
| Huimo Slippers | 410713647@qq.com |
| DongQiaO | 45901904@qq.com |
| ChicNestBox | 494669581@qq.com |
| GH Ltd | 527354403@qq.com |

| | |
|---|---|
| GibaCat | 550008518@qq.com |
| Geryt | 572709386@qq.com |
| A clever rabbit | 649193831@qq.com |
| Han Te-US Trading Ltd. | 675375524@qq.com |
| Juan show shoes clothing | 710593427@qq.com |
| ███ | ███ |
| Li Dong Dong s best picks | 75260989@qq.com |
| chaopinkejiL | 85406530@qq.com |
| Butterflys love | 891550617@QQ.COM |
| MEISILING | 906411445@qq.com |
| M F Home textiles | 94490684@qq.com |
| Fashion Supplier | 990732158@qq.com |
| CLOUSPO Direct | clouspous@163.com |
| Bifang Home Living | cysm2024888@163.com |
| DFEff | df8oe871118@126.com |
| Djianx | djianx1988@163.com |
| Hot Hot Shoe Shop | dqwdqwdsqwdq@163.com |
| Briht | ftf57982707@163.com |
| abenbenzhu | imissyou010101@qq.com |
| Men Trend Slippers | Jackiesumaitong@163.com |
| Fashion Kitty | jej929dscm@163.com |
| ███ | ███ |
| ███ | ███ |
| HKTWOJS | XGJS011@163.com |
| HKTREKA | XGKX011@163.com |
| Cydmoty | younggajia@outlook.com |
| Gtlive | yy202312130933@163.com |
| BanQu Slippers | zengbolin1234@outlook.com |
| Earnesthope | zhuyingbao78@yeah.net |

/s/ Michael R. La Porte
Michael R. La Porte