# Exhibit G

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DECKERS OUTDOOR
CORPORATION,

          Plaintiff,

    v.

bei duo, CLOUSPO Direct, Comwarm, Cydmoty, DFEff, Djianx, DongQiaO, GH Ltd, Han Te-US Trading Ltd., ITAJIA, A clever rabbit, A GlobeGem, A Love yourself, a Simple girl, abenbenzhu, ApexEagle, AuraStride, B nice shoe, BanQu Slippers, Bifang Home Living, Binggo fashion shoes, Briht, bulin slipper, Butterflys love, cai AA local, CBYY, chaopinkejiL, ChicNestBox, Coki, Colorful Xus Boutique, Comfortable home slippers, crazy shoes LH, D S Ninetyninth Shop, DUU Home Furnishing, Earnesthope, ERDAYE, Fashion Kitty, Fashion Supplier, FashionBeautiful Life, Footwear Shop, Freefoot Shoe, GANG YUE, Geryt, GibaCat, GlamourSlippers, Gtlive, guGood shopping in the province, HAOHSHOP, HKTREKA, HKTWOJS, Home Cot Slippers a, Hot Hot Shoe Shop, Huimo Slippers, hykzykxy, Jinyu Men Slippers, Juan show shoes clothing, KLKIT, kuangzhil, LABADR, Li Dong Dong s best picks, lijianl, like wateras water, litshoes, Little Free Bird, lxiaoyong, LYYShoes, M F Home textiles, Magic Flower, MEISILING, Men Trend Slippers, and Mi Ju,

          Defendants.

Case No. 26-cv-0540

Judge Matthew Kennelly

Magistrate Judge Daniel P. McLaughlin

## DECLARATION OF TIN

I am Chunping HUANG and am over 18 years old and make this sworn declaration in support of Comwarm's motion to vacate default judgment and for sanctions.

1. I am the CEO of the Yi Wu Shi Qing Lei Dian Zi Shang Wu You Xian Gong Si that does business under the brand Comwarm on Amazon.com, among other e-retailer platforms.

2. In late February, during the fifteen-day lunar new year celebration (from February 17, 2026, to March 3, 2026) I received an email that said Comwarm had been sued in the United States.

3. At that time, I had been working with some lawyers at the law firm Hauptman Ham. The lawyers handling litigation matters for Hauptman Ham left that firm earlier this year.

4. Because I have been working with Hauptman Ham, after receiving the complaint notification, I forwarded the notification email to Hauptman Ham for processing and always believed that they were handling it. However, due to the aforementioned reasons, they did not respond to the case in a timely manner.

5. In the week of March 24, 2026, I retained current counsel, Michael La Porte of Dunlap Bennett and Ludwig to represent Conwarm in this matter.

6. It was always Comwarm's intent to defend itself in this matter. Once we retained Mr. La Porte, I instructed him to move as quickly as possible.

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 1, 2026

Signature: *Chunping Huang*

Name: CHUNPING HUANG

Title: CEO