IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DECKERS OUTDOOR CORPORATION, | ) ) | Case No. 26-cv-00540 |
| Plaintiff, | ) | Judge Matthew Kennelly |
| v. | ) | |
| bei duo, et al. | ) | Magistrate Judge Daniel P. McLaughlin |
| Defendants. | ) ) | |

## STIPULATION TO SET ASIDE DEFAULT AND VACATE DEFAULT JUDGMENT AS TO DEFENDANT COMWARM

Whereas Deckers moved for and the Court entered default and granted default judgment (Dkt 26); and

Whereas Defendant Comwarm moved to vacate that default judgment (Dkt 38-39);

Now, therefore, the Parties stipulate that:

1. The entry of default is set aside and default judgment is vacated as to Defendant Comwarm;

2. Comwarm has until May 4, 2026, to answer or otherwise plead in response to Deckers' Complaint; and Should Comwarm file a motion in response to the Complaint, Deckers has until May 28, 2026, to respond and Comwarm has until June 8, 2026, to reply.

The Parties are submitting a proposed order to the Court for entry.

April 22, 2026                                             Respectfully submitted,

*/s/ Justin R. Gaudio*                                      */s/ Michael La Porte*
Amy C. Ziegler (aziegler@gbc.law)                Michael R. La Porte
Justin R. Gaudio (jgaudio@gbc.law)               (mlaporte@dbllawyers.com)
Justin T. Joseph (jjoseph@gbc.law)               Dunlap Bennett & Ludwig PLLC
Luana Faria de Souza (lfaria@gbc.law)            333 N. Michigan Avenue, Suite 2700
Greer, Burns & Crain, Ltd.                       Chicago, IL 60601
200 West Madison Street, Suite 2100              Telephone: (312) 551-9500
Chicago, IL 60606
312.360.0080                                     *Counsel for Comwarm*


*Counsel for Plaintiff*