## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Deckers Outdoor Corporation

     Plaintiff,

v.

bei duo, et al.

     Defendant.

Case No.: 1:26–cv–00540

Honorable Matthew F. Kennelly

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, April 25, 2026:

  MINUTE entry before the Honorable Matthew F. Kennelly: Pursuant to stipulation, the entry of default against defendant Comwarm is set aside, and the default judgment is vacated as to defendant Comwarm. Comwarm has until 5/4/2026 to file a response to the complaint. The telephonic status hearing set for 5/22/2026 is vacated. The case is set for a telephonic status hearing on 5/8/2026 at 9:15 AM. The following call–in number will be used for the hearing: 650–479–3207; access code 2305–915–8729. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.