IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DECKERS OUTDOOR
CORPORATION,

                              Plaintiff,

              v.

bei duo, et *al*,

                              Defendants.

Case No. 26-cv-00540

Judge Matthew Kennelly

Magistrate Judge Daniel P. McLaughlin

MOTION TO DISMISS

Defendant Comwarm hereby moves to dismiss under Rule 12(b) or in the alternative for judgment on the pleadings under Rule 12(c) and in support of its motion states as follows:

1.      This Court lacks jurisdiction over the Defendant Comwarm because service of process did not comply with the Hague Convention.

2.      In the alternative, Plaintiff's claims are barred by the doctrine of *res judicata* because Deckers has already sued and voluntarily dismissed Comwarm based on the same trade dress for the same alleged infringement four times. The second dismissal of the identical claims acted as an adjudication on the merits.

3.      Finally, This Court should dismiss because Deckers has not pleaded priority and its claimed trade dress is generic and therefore the Complaint fails to state a claim upon which relief can be granted.

4.      Comwarm is filing a brief in support of its motion contemporaneously with this motion.

Therefore, Defendant Comwarm respectfully requests that this Court dismiss this action and enter judgment in Comwarm's favor.

2

Respectfully submitted,

*/s/ Michael La Porte*

**Michael R. La Porte**
Dunlap Bennett & Ludwig, PLLC
333 N. Michigan Avenue, Suite 2700
Chicago, IL 60601
Telephone: (312) 551-9500
mlaporte@dbllawyers.com

Counsel for Comwarm

Dated: May 4, 2026